**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**PAUL HARRIS** **PLAINTIFF**
***ADC #154185***

**v.** **No: 2:26-cv-00119-DPM-PSH**

**LEAVY WATSON, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff Paul Harris filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 3, 2026, while incarcerated at the Arkansas Division of Correction's East Arkansas Regional Unit (Doc. No. 1). The Court has screened Harris' amended complaint (Doc. No. 5) and recommended that his Eighth Amendment excessive force claim against Defendant Wayne Newsom in his individual capacity proceed. The Clerk of the Court shall prepare a summons for Newsom, and the United States Marshal is hereby directed to serve the summons along with a copy of this Order and the amended complaint (Doc. No. 5) on Newsom without prepayment of fees and costs or security therefor. Newsom should be served through the ADC Compliance Division.[1]

[1] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 2nd day of October, 2026.

UNITED STATES MAGISTRATE JUDGE